**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DOMINGO COLON-MONTANEZ,  Petitioner,  v.  THERESA A. DELBALSO,  Respondent. | CIVIL ACTION NO. 3:15-CV-02442 (JUDGE CAPUTO)  (MAGISTRATE JUDGE MEHALCHICK) |

## ORDER

**NOW**, this 8th day of July, 2016, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 15) is **ADOPTED in its entirety**.

(2) The Petition for Habeas Corpus (Doc. 1) is **DISMISSED without prejudice** to the Petitioner's right to seek pre-authorization from the Third Circuit under 28 U.S.C. § 2244(b)(3).

(3) A certificate of appealability shall not be issued.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge